**Electronically Filed
Supreme Court
SCWC-18-0000906
17-JAN-2020
02:22 PM**

SCWC-18-0000906

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Interest of HK and KK
(CAAP-18-0000906)

----------------------------------------------------------------

In the Matter of the Guardianship of HK and KK
(CAAP-18-0000907)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NOS. FC-S No. 16-00210 and FC-G No. 18-1-6064)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Father-Appellant's application for writ of certiorari, filed on December 11, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, January 17, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson